319-15

COA # 08-12-00355-CR          OFFENSE: 1

STYLE: Laura Knight v. The State of Texas          COUNTY: El Paso

COA DISPOSITION: AFFIRMED          TRIAL COURT: 346th District Court

DATE: 1/28/15          Publish: YES    TC CASE #: 20090D02461

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Laura Knight v. The State of Texas          CCA #: _____

_____PRO SE_____ Petition          CCA Disposition: **319-15**

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 11/04/2015          SIGNED: _____    PC: _____

JUDGE: Per Curiam          PUBLISH: _____    DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____